**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Armando LECHUGA–MONTALVO, aka Juan Armando Lechoga–Sanchez, aka Juan Armando Lechuga–Sanchez, Defendant—Appellant.**

**No. 08–50267.**

United States Court of Appeals,
Ninth Circuit.

Filed April 29, 2009.

Submitted April 13, 2009.*

Randy K. Jones, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

Victor Nathaniel Pippins, Jr., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Juan Armando Lechuga–Montalvo appeals the district court's order revoking his supervised release, and the sentence imposed upon revocation.

Lechuga–Montalvo contends that the supervised release revocation procedure set forth in 18 U.S.C. § 3583 is unconstitutional. This contention is foreclosed by our recent decision in *United States v. Santana,* 526 F.3d 1257, 1262 (9th Cir.2008). We reject Lechuga–Montalvo's contention that his case is distinguishable from *Santana.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.